1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

GENE ALLEN,                          )
                                     )
                Petitioner,          )          3:03-cv-0414-ECR-VPC
                                     )
vs.                                  )          **ORDER**
                                     )
STATE OF NEVADA, *et al.,*           )
                                     )
                Respondents.         )
_____/

      This habeas corpus action was dismissed, and judgment entered, more than five years ago, on October 16, 2003 (docket #12 and #13).  The Ninth Circuit Court of Appeals has dismissed petitioner's appeal as "insubstantial" and not "warrant[ing] further review" (docket #32).

      Petitioner, has now filed a Motion to Vacate a Judgment Denying H/C Relief (docket #34).  Petitioner's motion is untimely and provides no sufficient basis to support the requested relief.

      **IT IS THEREFORE ORDERED** that petitioner's motion (docket #34) is **DENIED**.

      Dated this 14th day of June, 2010.

_____
UNITED STATES DISTRICT JUDGE